DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SAMANTHA BURNS** and **JAMES SPEITH,**
Appellants,

v.

**UNIVERSAL PROPERTY AND CASUALTY INSURANCE COMPANY,**
Appellee.

No. 4D2024-2595

[February 12, 2026]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Cynthia L. Cox, Judge; L.T. Case No. 312021CA000351.

Manny M. Tarich and Matthew P. Hunt of The Tarich Law Firm P.A., Hollywood, for appellants.

Kara Rockenbach Link and David A. Noel of Link & Rockenbach, PA, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., GROSS and GERBER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***